UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| In re: | ) | |
| --- | --- | --- |
| ADAMS, TIFFANY C. | ) | Case No. 15-45500 |
| | ) | Chapter 7 -- Liquidation |
| Debtor, | ) | |
| | ) | |
| FREDRICH J. CRUSE, Trustee, | ) | |
| | ) | Adversary No.: 16-04074 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ADAMS, TIFFANY C. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF DISMISSAL OF TRUSTEE'S COMPLAINT TO REVOKE DEBTOR'S DISCHARGE

COMES NOW Fredrich J. Cruse, Case Trustee, and for his Notice of Dismissal of Trustee's Complaint to Revoke Debtor's Discharge states as follows that:

1. Trustee filed a Complaint to revoke Debtor's Discharge for unreasonable delay to provide information regarding the 2014 auto accident.

2. Debtor has responded to the Trustee providing the requested information.

WHEREFORE, the case trustee prays for an Order of the Court Dismissing the Trustee's Complaint to Revoke Debtor's Discharge.

Dated: June 17, 2016

*/S/Fredrich J. Cruse*
Fredrich J. Cruse    ED # 23480MO
Attorney at Law    WD/MO Bar # 23480
718 Broadway
P. O. Box 914
Hannibal, Missouri 63401
Telephone: (573) 221-1333
Fax: (573) 221-1448
Email: trustee@cruselaw.com

# CERTIFICATE OF MAILING

       I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on        to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

Tiffany Adams
8 Plymouth Ct.
Saint Louis MO, 63134


Dated: June 17, 2016

*/S/Fredrich J. Cruse*
Fredrich J. Cruse     ED # 23480MO
Attorney at Law     WD/MO Bar # 23480
718 Broadway
P. O. Box 914
Hannibal, Missouri 63401
Telephone: (573) 221-1333
Fax: (573) 221-1448
Email: trustee@cruselaw.com